# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WBB I PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: |
| ) | |
| THE CINCINNATI INSURANCE ) | Circuit Court of St. Clair County |
| COMPANY, ) | Cause No.: 23LA0599 |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

COMES NOW Defendant The Cincinnati Insurance Company, by and through undersigned counsel, pursuant to 28 U.S.C. § 1441 and § 1446, and files this Notice of Removal in the above-captioned lawsuit, originally filed in the Circuit Court of St. Clair County, State of Illinois, and in support of its Notice of Removal, hereby states as follows:

1.  This case is a civil action over which this Court has original jurisdiction, pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441.

2.  Plaintiff filed its Petition in the Circuit Court of St. Clair County, State of Illinois, on May 24, 2023.

3.  Plaintiff asserts claims in its Petition for breach of contract and vexatious refusal to pay against Defendant arising out of a fire that occurred on premises owned by Plaintiff which occurred on or about May 25, 2021. (*See* Exhibit A, Plaintiff's Petition and Summons).

4.  Plaintiff is incorporated in the State of Missouri with its principal place of business in the State of Missouri.

5.  Defendant is incorporated in the State of Ohio with its principal place of business in the State of Ohio.

6. Plaintiff is therefore considered to be a citizen of the State of Missouri. 28 U.S.C. § 1332(c)(1).

7. Defendant is therefore considered to be a citizen of the State of Ohio. 28 U.S.C. § 1332(c)(1).

8. Complete diversity exists as Plaintiff and Defendant are citizens of different states.

9. In its Complaint, separately attached hereto as Exhibit A, Plaintiff alleges that Defendant breached its contractual obligations under a policy of insurance bearing Policy Number EPP0410397 and owes Plaintiff additional vexatious penalties arising out of a fire that occurred on or about May 25, 2021.

10. As set forth in Plaintiff's Complaint, Plaintiff seeks damages in excess of $130,000.00 and vexatious penalties in the sum of $60,000.00.

11. With regard to the amount in controversy, the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(1).

12. Therefore, the amount in controversy in this action exceeds $75,000.00, exclusive of interest and costs.

13. This Court has subject matter jurisdiction because complete diversity of citizenship exists between Plaintiff and Defendant and the amount in controversy is in excess of $75,000.00, pursuant to 28 U.S.C. § 1332.

14. Defendant's Notice of Removal was timely filed pursuant to 28 U.S.C. § 1446 as Defendant's removal occurred within 30 days of Defendant being served with Plaintiff's Petition. *See* Exhibit B, State Court Docket Sheet.

15. Because complete diversity of citizenship exists between Plaintiff and Defendant, and because the amount in controversy is in excess of $75,000.00, removal to this Court is proper pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446.

16. Venue is proper in this Court because this action was originally filed in St. Clair County, Illinois, which is included in this Court's judicial area. 28 U.S.C. § 1441.

17. Defendant has, simultaneously with the filing of this Notice of Removal, given written notice of this filing to Plaintiff and to the Circuit Court of St. Clair County, Illinois, attached hereto as <u>Exhibits C and D</u>, respectively.

18. Also accompanying and attached to this Notice of Removal is a Civil Cover Sheet for filing in this Court.

19. Defendant hereby demands a trial by jury on all issues so triable.

WHEREFORE, Defendant The Cincinnati Insurance Company respectfully requests that the above referenced state court action be removed from the Circuit Court of St. Clair County, Illinois, to this Court, and that this Honorable Court accept jurisdiction of this case, and for other further relief this Court deems just and proper.

Respectfully submitted,

**WATTERS, WOLF, BUB & HANSMANN**

<u>/s/ Brandon B. Copeland</u>
David P. Bub, #6220105
Brandon B. Copeland, #6291485
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
(636) 798-0570
(636) 798-0693 – FAX
dbub@wwbhlaw.com
bcopeland@wwbhlaw.com
*Attorneys for The Cincinnati Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system this **16th** day of **August 2023**, to all counsel of record.

/s/Brandon B. Copeland

#30612413 v1