# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WBB I Properties, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:23-cv-2818 - GCS |
| | ) |
| **Cincinnati Insurance Company,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the joint Notice of voluntary dismissal (Doc. 37), this case has been dismissed with prejudice with each party to bear its own costs.

IT IS SO ORDERED.

DATED: February 18, 2025

                                                   MONICA A. STUMP, Clerk of Court
                                                 *s/ Catina Simpson*
                                                 Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge